# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 15-12401-ELF

SONJIA DENEEN PORTER

5014 COTTAGE STREET

PHILADELPHIA, PA 19124-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SONJIA DENEEN PORTER

    5014 COTTAGE STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    4206 CHESTNUT ST - 1ST FLR
    PHILADELPHIA, PA 19104-

Date: 8/23/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee