**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SONJIA DENEEN PORTER | Chapter 13 |
| Debtor | Bankruptcy No. 15-12401-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

      **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

**Date: September 28, 2016**     _____
                                                                                   Eric L. Frank
                                                                                  ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-


Debtor:
SONJIA DENEEN PORTER

5014 COTTAGE STREET

PHILADELPHIA, PA 19124-